**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO.: 3:04CR36**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **JOSEPH ERNEST FINATERI,** | ) | |
| **SAMUEL KINGSFIELD,** | ) | |
| **ALAN JAY STEIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

THIS matter is before the Court on the parties' Joint Motion to Reconsider Request for a Peremptory Setting.

The Court is unable to provide a peremptory setting for the parties' requested date of March 5, 2007. The Court is however, able to give the current trial date, January 29, 2007, a peremptory setting. Therefore, trial will commence in this matter on January 29, 2007.

For these reasons, the parties' joint motion is <u>granted in part</u> and <u>denied in part</u>.

**IT IS, THEREFORE, ORDERED** that the parties' joint motion for a peremptory setting is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' request for a peremptory setting of March 5, 2007 is **DENIED**.

**IT IS FURTHER ORDERED** that trial for this matter receive a peremptory setting for **January 29, 2007**.

Signed: January 9, 2007

Richard L. Voorhees
United States District Judge