IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:04CR36-RLV-CH

UNITED STATES OF AMERICA )
                         )
         v.              )
                         )
SAM KINGSFIELD           )
_____)

## ORDER

This matter came before the Court on defendant's Motion for Return of Bond, filed on November 27, 2007. In consideration of the defendant's motion, it is therefore ORDERED that the Clerk of Court disburse funds to Pamela Kingsfield, 7255 East Knoll Street, Mesa, Arizona, 85207 as a refund of the bond posted in the above-captioned case.

This the 15th day of January 2007.

*[signature]*

HON. RICHARD VOORHEES
U.S. DISTRICT JUDGE