IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE DNCW3:04CR36-RLV-DSC |
| | ) | (Financial Litigation Unit) |
| JOSEPH FINATERI | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ASCENSION ENERGY GROUP, INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Continuing Garnishment filed in this case against Defendant Joseph Finateri is DISMISSED.

**SO ORDERED**.

Signed: August 12, 2015

_____
David S. Cayer
United States Magistrate Judge